JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| HENRY ZARAZU,<br><br>    Petitioner,<br><br>    v.<br><br>FRED FOULK, Warden,<br><br>    Respondent. | Case No. CV 13-8769-DOC (KK)<br><br>**JUDGMENT** |

Pursuant to the Order Accepting Findings and Recommendation of United States Magistrate Judge,

IT IS HEREBY ADJUDGED that the Second Amended Petition is denied and this action is dismissed with prejudice.

Dated: March 9, 2015

*/s/ David O. Carter*

HONORABLE DAVID O. CARTER
UNITED STATES DISTRICT JUDGE